**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.,** ) <br> ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES FISH AND** ) <br> **WILDLIFE SERVICE, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | CV F 05-0422 AWI DLB <br><br> **ORDER VACATING HEARING DATE OF JUNE 20, 1995** |

     Defendant United States Fish and Wildlife Service ("Defendant") has noticed for hearing and decision a Motion for intra district transfer of the case to the Sacramento division of the Eastern District of California. The matter was scheduled for oral argument to be held June 20, 2005. The Court has reviewed Defendants' motion, the opposition, and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 20, 2005, is HEREBY VACATED and no party shall appear at that time. As of June 20, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 15, 2005**            /s/ Anthony W. Ishii
h2ehf                                  UNITED STATES DISTRICT JUDGE