IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | CV F 05-0422 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JUNE 27, 1995 |

California Native Plant Society, Center for Biological Diversity, and the Natural Resource Counsel ("proposed intervenors") have noticed for hearing and decision a Motion to intervene in this case. The matter was scheduled for oral argument to be held June 27, 2005. The Court has reviewed the motion to intervene and Plaintiff's opposition, and the applicable law. Defendant Fish and Wildlife Service has filed a notice of non-opposition. The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 27, 2005, is HEREBY VACATED and no party shall appear at that time. As of June 27, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    June 22, 2005                              /s/ Anthony W. Ishii
h2ehf                                                         UNITED STATES DISTRICT JUDGE